November 1, 2015

Jeffrey D. Kyle, Clerk
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547
512-463-1733

RE:  COA No. 03-15-00424-CR
     Trial Court Cause No. D-1-DC-14-202568
     Adam Guerrero Perez v. State of Texas

Dear Mr. Kyle,

This is my second request for extension in the above-entitled cause, and I would respectfully request a 30-day extension.  I have been swamped with back to back jury trials and have now taken a 30-day leave in order to prepare appellate records that I have been unable to make much progress on due to my heavy trial court schedule.  I currently have the above-entitled cause on appeal along with the following records COA No. 03-15-00154-CR, COA No. 03-15-00066-CR, COA No. 03-15-00302, COA No. 03-15-00306 all which currently have the same due date.  I have enlisted help and feel that I will be able to now make great progress on my outstanding appeals now that I am solely working on appellate records.  I have completed COA No. 03-15-00177-CR, which was transferred to the First Court of Appeals in Houston that I am filing on Monday.  I appreciate your patience and understanding and assure you that I am working very diligently in order to perfect and file this record for appeal.  Due to the above-stated reasons, I would respectfully request until November 30, 2015.

Thank you for your time and attention to this matter.  If you have any questions, please feel free to call me at 512-854-9315 or by email at Kimberly.lee@traviscountytx.gov.

Sincerely,

Kimberly Lee
Official Court Reporter
147th District Court
Travis County, Texas
512-854-9315